UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEAM CONTRACTORS, LLC,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-1131** |
| **WAYPOINT NOLA, LLC, ET AL.,**<br>    Defendants | **SECTION: "E"(2)** |

# ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[1] of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Team Contractors, LLC's motion to stay[2] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Waypoint NOLA, LLC's motion to fix attorneys' fees and costs[3] be **DISMISSED WITHOUT PREJUDICE** to refiling, if appropriate, no later than 28 days after the pending appeal has been resolved by issuance of mandate by the United States Court of Appeals for the Fifth Circuit, at which time Waypoint must request and provide evidence of any additional attorneys' fees it seeks.

**New Orleans, Louisiana, this 14th day of December, 2021**.

*[signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Docs. 665, 666.
[2] R. Doc. 661.
[3] R. Doc. 635.